FILED

May 06 2019

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY   s/ CharityW   DEPUTY

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

YEE BUSINESS GROUP, INC

    Plaintiff,

vs.

PAUL REEDER, CLASSIE REEDER, and DOES 1-10 Inclusive

    Defendant

CASE NO. **'19CV0835 JAH MSB**

**APPLICATION TO PROCEED IN FORMA PAUPERIS**
(Non-prisoner cases only)

I, _Paul Reeder_, declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1. Are you presently employed?  Yes ___ No _X_

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: _____ Net: _____

Employer: _____

_____

If the answer is "no," state the date of last employment and the amount of the gross and net salary

- 1 -

1 | and wages per month which you received.

2

3

4

5 | 2. Have you received, within the past twelve (12) months, any money from any of the
6 | following sources:

7 |     a. Business, Profession or      Yes ___ No _X_
8 |          self employment?
9 |     b. Income from stocks, bonds,      Yes ___ No _X_
10 |          or royalties?
11 |     c. Rent payments?      Yes ___ No _X_
12 |     d. Pensions, annuities, or      Yes _X_ No ___
13 |          life insurance payments?
14 |     e. Federal or State welfare payments,      Yes _X_ No ___
15 |          Social Security or other govern-
16 |          ment source?

17 | If the answer is "yes" to any of the above, describe each source of money and state the amount
18 | received from each.
19 |     Pension and Social Security
20 |     $370.13      300.00
21 | 3. Are you married?      Yes _X_ No ___
22 | Spouse's Full Name: Classie Reeder
23 | Spouse's Place of Employment: _____
24 | Spouse's Monthly Salary, Wages or Income:
25 | Gross $_____ Net $_____
26 | 4.   a. List amount you contribute to your spouse's support: $ 100%
27 |     b. List the persons other than your spouse who are dependent upon you for support
28 |          and indicate how much you contribute toward their support. (NOTE: For minor

- 2 -

children, list only their initials and ages.  DO NOT INCLUDE THEIR NAMES.)

CR  10 yrs old

5. Do you own or are you buying a home?   Yes ___ No  X

Estimated Market Value: $_____  Amount of Mortgage: $_____

6. Do you own an automobile?   Yes  X  No ___

Make  Ford   Year  2001   Model  Ranger

Is it financed? Yes ___ No  X  If so, Total due: $_____

Monthly Payment: $_____

7. Do you have a bank account?  Yes  X  No ___ (Do not include account numbers.)

Name(s) and address(es) of bank:  Chase Bank

Present balance(s): $  200.00

Do you own any cash?  Yes ___ No  X  Amount: $_____

Do you have any other assets?  (If "yes," provide a description of each asset and its estimated market value.)   Yes ___ No ___

8. What are your monthly expenses?

Rent: $  1,500.00   Utilities:  1,765.84

Food: $  500.00   Clothing:  250.00

Charge Accounts:

| Name of Account | Monthly Payment | Total Owed on This Account |
|---|---|---|
| Am Express | $ 300.00 | $ 5,595.00 |
| USE | $ 200.00 | $ 1,000.00 |
| Chase | $ 50.00 | $ 700.00 |

9. Do you have any other debts? (List current obligations, indicating amounts and to whom they are payable.  Do not include account numbers.)

Legal Fees $500.00    Ins. 350.00

- 3 -

10. Does the complaint which you are seeking to file raise claims that have been presented in other lawsuits? Yes ___ No _X_

Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in which they were filed.

_____

_____

I declare under the penalty of perjury that the foregoing is true and correct and understand that a false statement herein may result in the dismissal of my claims.

5/6/19

DATE

SIGNATURE OF APPLICANT